UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GUY GRIMSLEY, | ) |
|                  Plaintiff, | ) |
| | ) |
|        v. | ) Case No.: 3:08-CV-00482-LRH-VPC |
| | ) |
| | ) **STIPULATION TO EXTEND TIME FOR** |
| CHARLES RIVER LABORATORIES, a | ) **DEFENDANT CHARLES RIVER** |
| Delaware corporation, and DOES I-V; | ) **LABORATORIES TO ANSWER OR** |
| BLACK & WHITE COPORATIONS | ) **OTHERWISE RESPOND TO PLAINTIFF'S** |
| I-V; ABLE & BAKER PARTNERSHIPS, | ) **COMPLAINT** ; **ORDER** |
| inclusive, | ) |
| | ) |
|                 Defendants. | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the parties, through their respective

counsel, that Defendant Charles River Laboratories (hereinafter referred to as "Defendant")

shall have to and including Tuesday, October 28, 2008, in which to answer or otherwise

respond to Plaintiff Guy Grimsley's (hereinafter referred to as "Plaintiff") Complaint.  This

stipulation is submitted and based upon the following:

1.     That this is the second request for an extension of time for Defendant to answer or otherwise respond to Plaintiff's Complaint.

2.     That such an extension is necessary because counsel for Defendant needs additional time in which to become familiar with the facts of the case and to prepare a responsive pleading.

3.     That this request for an extension of time to file Defendant's answer or otherwise respond to Plaintiff's Complaint is made in good faith and not for the purpose of delay.

Dated this 27th day of October, 2008.

JACKSON LEWIS LLP                ERICKSON, THORPE & SWAINSTON


  /s/ Paul Trimmer                    /s/ Thomas P. Beko
Gary C. Moss, Esq.                  Thomas P. Beko, Esq.
Paul Trimmer, Esq.                  Brent L. Ryman, Esq.
3960 Howard Hughes Parkway      P. O. Box 3559
Suite 450                         Reno, Nevada 89505
Las Vegas, Nevada 89169          Attorneys for Plaintiff
Attorneys for Defendant


**IT IS SO ORDERED.**

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED:  October 28, 2008.