UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| GUY GRIMSLEY, | ) | 3:08-CV-0482-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 3, 2011 |
| | ) | |
| CHARLES RIVER LABORATORIES, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion for order granting the plaintiff the right to pay sanction order in installments (#78). Defendant filed an opposition to the motion (#81), and no reply was filed.

Plaintiff's motion (#78) is **DENIED without prejudice**. Plaintiff has failed to provide any evidence to the court of his inability to pay the sanction, such as an affidavit or documentary evidence. Absent that evidence, the relief is denied.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
      Deputy Clerk